UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB BLAIN,

Plaintiff,

v.

M. DONAHUE et al.,

Defendants.

/

Case No. 1:26-cv-85

Honorable Ray Kent

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: August 21, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge